UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FABIO MEDINA On Behalf of Himself and                Case No: 19-cv-05416
All Others Similarly Situated,
                Plaintiff,

    -vs.-

CGJC HOLDINGS LLC d/b/a JOE & PAT'S
PIZZERIA & RESTAURANT, CIRO
PAPPALARDO, JOHN ROBERT PISCOPO,
GENNARO A. PAPPALARDO And CASEY A.
PAPPALARDO,
               Defendants.
----------------------------------------------------------------X

## [PROPOSED] JUDGMENT

WHEREAS, Plaintiff, Fabio Medina, filed a complaint against the Defendants on June 10 2019 alleging violations of the Fair Labor Standards Act;

WHEREAS Defendants noticed an appearance on July 16, 2019;

WHEREAS Defendants made an offer of judgment, pursuant to Federal Rule of Civil Procedure 68 on January 22, 2020

WHEREAS, the Plaintiff accepted the offer of judgment and filed notice of the acceptance on January 23, 2020;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered in favor of the Plaintiff, FABIO MEDINA, as against Defendants CGJC HOLDINGS LLC d/b/a JOE & PAT'S PIZZERIA & RESTAURANT, CIRO PAPPALARDO, JOHN ROBERT PISCOPO, GENNARO A. PAPPALARDO And CASEY A. PAPPALARDO, jointly and severally, in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00)

Dated: New York, New York

_____                            _____

                                                                                         United States District Judge